1  SANDRA R. BROWN
   Acting United States Attorney
2  PATRICK R. FITZGERALD
   Assistant United States Attorney
3  Chief, National Security Division
   ANIL J. ANTONY (Cal. Bar No. 258839)
4  Assistant United States Attorney
   Cyber & Intellectual Property Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6579
7       Facsimile: (213) 894-7631
        E-mail:   anil.j.antony@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN THE MATTER OF THE SEARCH OF:     No. 16-2259M

13  INFORMATION ASSOCIATED WITH THE     GOVERNMENT'S *EX PARTE* APPLICATION
    ACCOUNTS IDENTIFIED AS              FOR FIRST EXTENSION OF TIME
14  WWW.FACEBOOK.COM/SATZ.BIEBER AND    WITHIN WHICH TO RETAIN AND SEARCH
    WWW.FACEBOOK.COM/ISAHACKINGSCHOOL   DIGITAL EVIDENCE; DECLARATION OF
15  THAT IS STORED AT PREMISES          ANIL J. ANTONY
    CONTROLLED BY FACEBOOK
16

17

18       The United States of America, by and through its counsel of

19  record, Assistant United States Attorney Anil J. Antony, hereby

20  applies for an order extending by 120 days the time within which the

21  government may retain and search digital evidence obtained pursuant

22  to a federal search warrant obtained under 18 U.S.C. § 2703.

23  //

24  //

25  //

26

27

28

1      This application is based on the attached declaration of Anil J.

2 Antony and the files and records of this case, including the

3 underlying search warrant and affidavit in support thereof.

4  Dated: March 28, 2017           Respectfully submitted,

5                         SANDRA R. BROWN
                          Acting United States Attorney

6

7                         PATRICK R. FITZGERALD
                         Assistant United States Attorney
                         Chief, National Security Division

8

9

10                      ANIL J. ANTONY
                     Assistant United States Attorney

11                      Attorneys for Applicant
                     UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF AUSA ANIL J. ANTONY

I, Anil J. Antony, hereby declare and state:

1.   I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

2.   This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the content of the following accounts (the "SUBJECT ACCOUNTS") obtained pursuant to the warrant described below (the "SUBJECT DIGITAL EVIDENCE"):

        a.   www.facebook.com/Satz.Bieber

        b.   www.facebook.com/isahackingschool

3.   On November 14, 2016, Special Agent ("SA") Kimberly Holeman of the Federal Bureau of Investigation ("FBI") obtained a search warrant, pursuant to 18 U.S.C. § 2703 issued by the Honorable Gail J. Standish, United States Magistrate Judge for the Central District of California, authorizing the search of information associated with the SUBJECT ACCOUNTS that was stored at premises controlled by Facebook. The warrant, which is incorporated herein by reference, authorized the search of digital evidence provided by Facebook for a period of 120 days for evidence of violations of Title 18, United States Code, Sections § 371 (conspiracy); 18 U.S.C. § 875(d) (interstate threats); and 18 U.S.C. § 1030 (fraud and related activity in connection with computers) (collectively referred to as the "SUBJECT OFFENSES").

4.   Based on information provided to me by SA Holeman, I understand that the FBI served the search warrant on Facebook on or

1    about November 15, 2016.  On or about November 30, 2016, SA Holeman
2    received the SUBJECT DIGITAL EVIDENCE from Facebook.
3         5.   This is the first request for an extension.  The current
4    deadline by which the government must complete its review of the
5    SUBJECT DIGITAL EVIDENCE is March 30, 2017.
6         6.   Based on information provided to me by SA Holeman, I
7    understand that SA Holeman has reviewed collectively more than 4,000
8    pages of login activity, account information, photos, status updates
9    and comments, and private messages posted to and from the SUBJECT
10   ACCOUNTS.  The SUBJECT DIGITAL EVIDENCE has remained in a secure FBI
11   location since it was received from Facebook, and has not been
12   altered in any way.
13        7.   For the following reasons, the government is requesting an
14   additional 120 days to complete its review of the SUBJECT DIGITAL
15   EVIDENCE.
16             a.   The SUBJECT DIGITAL EVIDENCE consists of one 70KB
17   portable document format ("PDF") file that contains 20,988 pages of
18   information, and a 1KB PDF file that contains 672 pages of
19   information.
20             b.   The review of information associated with the more
21   than 21,000 pages produced by Facebook is time consuming.  As stated
22   above, to date SA Holeman has reviewed collectively more than 4,000
23   pages of login activity, account information, photos, status updates
24   and comments, and private messages associated with the SUBJECT
25   ACCOUNTS.  Moreover, SA Holeman is aware that cyber criminals often
26   communicate with co-conspirators using coded language, and is further
27   aware that the coded language can change over time, making it
28   difficult for investigators to search using key words.  In order to

1  identify coded language and additional co-conspirators, each page of
2  the SUBJECT DIGITAL EVIDENCE must, therefore, be carefully reviewed.

3       c.   In addition to searching these SUBJECT ACCOUNTS, SA
4  Holeman is also reviewing the results of search warrants associated
5  with this investigation relating to six other email and/or social
6  media accounts.

7       d.   Moreover, in addition to this investigation, SA
8  Holeman is assigned to approximately six other FBI cyber
9  investigations, each of which requires attention and further
10 investigation, and SA Holeman also frequently assists other agents
11 and districts in their investigations.  SA Holeman has numerous other
12 responsibilities, as well, within the FBI, including serving as the
13 Principal Relief Supervisor for her squad.

14    8.   In light of the foregoing, the government respectfully
15 requests an additional 120 days to review the content of the SUBJECT
16 ACCOUNTS.

17    I declare under penalty of perjury under the laws of the United
18 States of America that the foregoing is true and correct.
19 DATED: March 28, 2017

21                              ANIL J. ANTONY